CHARLES J. H. BASSETT & others *vs.* WILLIAM HUTCHINSON & others.

No appeal lies to the superior court from the decision of a judge of insolvency ordering the election of a new assignee of an insolvent estate.

APPEAL by the executors of Anselm Bassett from the judgment of the superior court, dismissing for want of jurisdiction an appeal from the decision of the judge of insolvency, appointing

a new assignee of the estate of John N. Washburn, insolven debtor, under facts which are sufficiently stated in the preceding case.

*C. I. Reed,* for the appellants.

*C. A. Reed,* (*J. Brown* with him,) for the appellees.

BIGELOW, C. J.   The appeal in this case from the decision of the judge of insolvency, ordering an election of a new assignee was improvidently taken.   No appeal lies from the court of insolvency to the superior court, except in cases of an allowance or rejection of a debt offered in proof, and upon the question of granting a certificate of discharge to the debtor, as provided in Gen. Sts. *c.* 118, §§ 34, 85.   In all other cases, the only mode of obtaining a revision of an adjudication of a court of insolvency is by an application by a party aggrieved to this court, in the form of a petition, bill in equity or other proper process, under section sixteenth of the same chapter.   *Barnard* v. *Eaton,* 2 Cush. 294, 302.   When plenary jurisdiction is vested by statute in any court over a subject matter, no appeal lies from a judgment or decree, unless the right is expressly conferred, and then only in the mode prescribed by the statute.

*Appeal dismissed with costs.*